UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MEZA, individually and on behalf of all others similarly situated; JOHN JOSEPH HREBIN; and PAUL L. CIEMNIECKI,<br><br>　　　　　　　　　　　Plaintiffs,<br>　vs.<br>UNITED PARCEL SERVICE, INC.; and UPS GROUND FREIGHT, INC., doing business as UPS Freight,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 09-CV-1798-JLS (BGS)<br><br>**ORDER SETTING STATUS CONFERENCE** |

   The deadline for Plaintiffs to file their Rule 23 motion for class certification in the above-entitled action was December 21, 2010. (See Doc. No. 33.) On November 22, 2010, the Court held a status conference with counsel for all parties, at which counsel indicated that the parties had reached a settlement on an individual basis and anticipated filing a joint motion to dismiss before December 21, 2010. (See Doc. No. 34.) The parties to date have not filed a joint motion to dismiss, nor have Plaintiffs filed a Rule 23 motion for class certification. Additionally, on January 3, 2011, two individuals filed notices of consent to join collection action and become a party plaintiff. (Doc. Nos. 35 & 36.) In light of these developments, a Status Conference shall be held on **January 24, 2011** at **1:30 p.m.** before Magistrate Judge Skomal, at 101 W. Broadway, Suite 1100, San Diego, CA. The Status Conference shall be

1 | with attorneys only.
2 | **IT IS SO ORDERED**.
3 | DATED: January 6, 2011

                                                                                          _____
                                                                                          **BERNARD G. SKOMAL**
                                                                                          United States Magistrate Judge