1
2
3
4
5
6
7

8
UNITED STATES DISTRICT COURT

9
SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   Laura Meza and Alexander Gonzalez, individually and on behalf of all others similarly situated, | CASE NO. 09CV1798 JLS (BGS) |
| 12 | **CLASS ACTION** |
| 13       Plaintiffs, | |
| 14    vs. | **ORDER RE: VOLUNTARY DISMISSAL** |
| 15   United Parcel Service, Inc. and UPS Ground Freight, Inc. d/b/a UPS Freight, | |
| 16 | |
| 17       Defendants. | Dept.:    6 |
| 18 | Judge:    Hon. Janis L. Sammartino |

19         On the stipulation of the parties, and good cause appearing therefor,

20         IT IS ORDERED that this action in its entirety be, and is hereby,

21 DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys'

22 fees.

23

24 DATED:  January 6, 2011

25

26 _____

HONORABLE JANIS L. SAMMARTINO

27 United States District Judge

28